# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **LANDON GAGE HARMON AND** § <br> **AIMEE ELIZABETH TEWES,** § <br> *Plaintiffs* § <br> § <br> **v.** § <br> § <br> **GENERAL MOTORS, LLC** § <br> *Defendant* § | **Case No. 1:24-CV-00237-RP** |

## O R D E R

This case was removed on April 10, 2024. Dkt. 1. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **June 28, 2024**.

**SIGNED** on June 19, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE